# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-CR-30193-JPG |
| | ) |
| TARA PRINCE, | ) |
| | ) |
| Defendant. | ) |

## REQUEST AND MOTION FOR DISCLOSURE OF EXPERT TESTIMONY

Comes now, Defendant by her attorney and for her Request and Motion for Disclosure of Expert Testimony states:

1. Defendant requests an entry of an Order requiring the Government to disclose, a reasonable time before trial, a summary of testimony that the Government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial along with the witnesses' opinions, the basis and reasons for those opinions, and the witnesses' qualifications.

2. Rule 16 (E) provides that the Government shall make the foregoing disclosure upon request of the Defendant. Failure to make a specific request has been held to be a waiver of this requirement.

WHEREFORE, Defendant respectfully requests that the relief sought herein should be granted.

                TARA PRINCE

                STOBBS LAW OFFICES

BY:

                /s/ John D. Stobbs, II
                John D. Stobbs II, NO. 06206358
                Attorney for Defendant
                307 Henry St. Suite 211
                Alton, Illinois 62002
                Telephone:  (618)462-8484
                FAX:  (618)462-8585
                Email: stobbsjohn@hotmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>November 5, 2008</u> a copy of the attached *Request and Motion for Disclosure of Expert Testimony* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Kevin Burke
Assistant U.S. Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208

STOBBS LAW OFFICES

/s/John D. Stobbs, II
307 Henry St. Suite 211
Alton, Illinois 62002