IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-CR-30193-JPG |
| | ) |
| TARA PRINCE, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR NOTICE OF INTENT TO USE
AND DESCRIPTION OF 404(b) EVIDENCE**

Comes now Defendant, by her attorney John D. Stobbs II and moves for production of the following materials:

1. Notice of and a description of any prior similar act, as well as any other evidence covered by Federal Rule of Evidence 404(b) that the Government would seek to introduce at trail. See *U.S.A. v. Shackleford*, 738 F.2d 776 (7th Cir. 1984); *U.S.A. v. Mahone*, 537 F.2d 922 (7th Cir.) *cert. denied*, 429 U.S. 1025.

2. The Defendant further requests a statement of the Government's theory of admissibility with respect to each item of Rule 404(b) evidence. See *Huddleston v. U.S.A.*, 108 S.Ct. 1496, 1501, note 6 (1988) (trial court must conduct Rule 403 balancing inquiry before introduction of Rule 404(b) evidence; strength of evidence establishing the similar act is one of Rule 403 balancing factors).

3. Rule 404(b) provides that under certain circumstances evidence of other crimes or bad acts may be used to show motive, opportunity, intent, preparation, plan, knowledge,

identity or absence of mistake or accident.  Said Rule further provides that upon appropriate request of the accused the prosecution shall provide reasonable notice in advance of trial of the general nature of any such evidence it intends to use.  As such this Motion is made in good faith.

　　　　WHEREFORE, for these reasons Defendant respectfully suggests that her Motion should be granted.

　　　　　　　　　　　　　　　　　　TARA PRINCE

　　　　　　　　　　　　　　　　　　STOBBS LAW OFFICES

　　　　　　　　　BY:
　　　　　　　　　　 /s/ John D. Stobbs, II
　　　　　　　　　　John D. Stobbs II, NO. 06206358
　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　307 Henry St. Suite 211
　　　　　　　　　　Alton, Illinois 62002
　　　　　　　　　　Telephone:  (618)462-8484
　　　　　　　　　　FAX:  (618)462-8585
　　　　　　　　　　Email: stobbsjohn@hotmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>November 5, 2008</u> a copy of the attached *Motion for Notice of Intent to Use and Description of 404(b) Evidence* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Kevin Burke<br>
Assistant U.S. Attorney<br>
Nine Executive Drive<br>
Fairview Heights, Illinois 62208

STOBBS LAW OFFICES

/s/John D. Stobbs, II
307 Henry St. Suite 211
Alton, Illinois 62002